<pre>
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
</pre>

| | |
|---|---|
| **KIMBERLY BEANE**, <br><br> Plaintiff, <br><br> vs. <br><br> **RPW LEGAL SERVICES, PLLC AND ROBERT P. WILLIAMSON,** <br><br> Defendants. | Case No.: 2:18-cv-704 <br><br> **COMPLAINT;** <br><br> FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692a, *et seq.*); <br><br> DEMAND FOR JURY TRIAL |

## I. INTRODUCTION

1. This is an action for damages brought by a pair of consumers for Defendants' violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA").

## II. JURISDICTION

2. Plaintiff's claim for violations of the FDCPA arises under 15 U.S.C. § 1692k(d), and therefore involves a "federal question" pursuant to 28 U.S.C. § 1331.

## III. PARTIES

3. Plaintiff, Kimberly Beane ("Plaintiff"), is a natural person residing in Snohomish County, Washington.

COMPLAINT                                                Trigsted Law Group, P.C.
Case No. 2:18-cv-704                                     5200 SW Meadows Rd, Ste 150
                                                         Lake Oswego, OR 97035
                                                         (888) 247-4126 ext. 1

1

4. Defendant, RPW Legal Services, PLLC ("Defendant RPW"), is a corporation engaged in the business of collecting debts by use of the mails and telephone. Defendant RPW regularly attempts to collect debts alleged due another.

5. Defendant, Robert P. Williamson ("Defendant Williamson"), is an individual engaged in the business of collecting debts by use of the mails and telephone. Defendant Williamson regularly attempts to collect debts alleged due another.

### IV. FACTUAL ALLEGATIONS

6. Defendants are each a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

8. All activities of Defendants set out herein were undertaken in connection with the collection of a "debt," as defined by 15 U.S.C. § 1692a(5).

9. Within the last year, Defendants took multiple actions in an attempt to collect a debt from Plaintiff. Defendant's conduct violated the FDCPA in multiple ways, including the following.

10. 1692g(a) letter was sent more than 5 days after initial communication and included a balance statement that was uncertain (15 USC 1692g(a)).

11. No e(11) disclosure in letter to Plaintiff (15 USC 1692e(11)).

12. Motion for Summary Judgment overshadowed 1692g(a) disclosures (15 USC § 1692g(b)).

13. As a result of the aforementioned violations, Plaintiff suffered and continues to suffer injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

COMPLAINT
Case No. 2:18-cv-704

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126 ext. 1

2

14. Defendants intended to cause, by means of the actions detailed above, injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

15. Defendants' actions, detailed above, were undertaken with extraordinary disregard of, or indifference to, known or highly probable risks to purported debtors.

16. To the extent Defendant's actions, detailed in paragraphs above, were carried out by an employee of Defendant, that employee was acting within the scope of his or her employment.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff reincorporates by reference all of the preceding paragraphs.

18. The preceding paragraphs state a *prima facie* case for Plaintiff and against Defendants for violations of the FDCPA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

A. Declaratory judgment that Defendants' conduct violated the FDCPA;

B. Actual damages pursuant to 15 U.S.C. 1692k;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs, disbursements and reasonable attorney's fees for all successful claims, and any unsuccessful claims arising out of the same transaction or occurrence as the successful claims, pursuant to 15 U.S.C. § 1692k; and,

E. For such other and further relief as may be just and proper.

COMPLAINT
Case No. 2:18-cv-704

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126 ext. 1

3

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Dated this 15th of May, 2018

By: s/Joshua Trigsted
Joshua Trigsted, WSBA#42917
Attorney for Plaintiff

COMPLAINT
Case No. 2:18-cv-704

Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
(888) 247-4126 ext. 1

4